UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Kirian M. Obioha,** | : |
| **Plaintiff,** | : Civil Action No. 2:23-cv-02663 |
| v. | : |
| **TransUnion, LLC, Experian Information Solutions, Inc., and Upgrade, Inc.,** | : |
| **Defendants.** | : |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), kindly enter Plaintiff's voluntary dismissal with prejudice of any and all claims as to Defendant Upgrade, Inc., ("Upgrade"). All Parties to this action have consented to the dismissal of Defendant Upgrade, confirmed by the below signatures with the Parties named herein bearing their own attorneys' fees and costs.

| | |
|---|---|
| BY: */s/ Lauren M. Burnette*<br>Lauren M. Burnette, Esquire<br>Messer Strickler Burnette, Ltd.<br>12276 San Jose Blvd., Suite 718,<br>Jacksonville, FL 32223<br>Ph: 904-527-1172<br>Fax: 904-683-7353<br>lburnette@messerstrickler.com<br><br>*Attorney for Defendant Upgrade, Inc.* | BY: */s/ Richard H. Kim*<br>Richard H. Kim, Esquire<br>The Kim Law Firm, LLC<br>1515 Market St., Suite 1200<br>Philadelphia, PA 19102<br>Ph: 855-996-6342<br>Fax: 855-235-5855<br>rkim@thekimlawfirmllc.com<br><br>*Attorney for Plaintiff Kirian M. Obioha* |

Date: June 27, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of this document to be served on all parties of record via the Court's ECF notification system.

By: */s/ Richard Kim*
Richard Kim, Esquire

Dated: June 27, 2024